DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC T. NEWSOME,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON, etc.,**
Appellee.

No. 4D20-1289

[June 3, 2021]

Non-final appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 502015CA005071.

Eric T. Newsome, Boynton Beach, pro se.

Jason F. Joseph of Tromberg Morris Poulin, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and FORST, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***